

MEMO ENDORSED

The Law Offices of
## ROBERT S. GITMEID & ASSOC., PLLC

April 18, 2022

**VIA ECF:**
Judge Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: Janie Miles v. Municipal Credit Union, et al.,**
Docket No.: 7:22-cv-00220

Dear Judge Karas,

I write on behalf of Plaintiff Janie Miles in the above-captioned matter to respectfully request an adjournment of the telephonic conference currently scheduled for April 19, 2022 at 11:30 a.m.

Municipal Credit Union ("MCU") is not in receipt of the Summons. I am requesting additional time to resubmit the Summons and give MCU an opportunity to respond. There have been no prior requests for adjournment of this conference.

Granted. The conference is adjourned to 6/14/22, at 10:30 The summons is to be submitted by 4/25/22.

So Ordered.

*[signature]*
4/18/22

Respectfully Submitted,

/s/ Maksim Reznik
Maksim Reznik, Esq.
Law Offices of Robert S. Gitmeid
& Assoc., PLLC
30 Wall Street, 8th Floor #741
New York, NY 10005
Tel: (866) 249-1137
Fax: (877) 366-4747
Maksim.R@gitmeidlaw.com
*Attorneys for Plaintiff*