UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Janie Miles,<br><br>     Plaintiff,<br><br>– against–<br><br>Municipal Credit Union and Equifax Information Services, LLC,<br><br>     Defendants. | Case No. 7:22-cv-00220<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Janie, by counsel, and Defendant Equifax Information Services, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Equifax Information Services, LLC, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Janie Miles against Defendant Equifax Information Services, LLC are dismissed, with prejudice. Plaintiff Janie Miles and Defendant Equifax Information Services, LLC shall each bear their own costs and attorneys' fees.

Date: 4/19/22

JUDGE, United States District Court,
Southern District of New York

82271454v 1