

MEMO ENDORSED

The Law Offices of
# ROBERT S. GITMEID & ASSOC., PLLC

April 25, 2022

**VIA ECF:**
Judge Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: Janie Miles v. Municipal Credit Union, et al.,**
**Docket No.: 7:22-cv-00220**

Dear Judge Karas,

I write on behalf of Plaintiff Janie Miles in the above-captioned matter to respectfully request a brief extension for the deadline to submit a new Affidavit of Service for Municipal Credit Union (Document #15).

I was notified today by our Process Servers that they were unable to serve the new Summons by today's deadline. They have, however, assured me that the Summons will be served by tomorrow, 4/26/22. I am requesting the Court provide me until tomorrow to submit the Affidavit of Service.

Granted.

So Ordered.

4/25/22

Respectfully Submitted,

/s/ Maksim Reznik
Maksim Reznik, Esq.
Law Offices of Robert S. Gitmeid
& Assoc., PLLC
30 Wall Street, 8th Floor #741
New York, NY 10005
Tel: (866) 249-1137
Fax: (877) 366-4747
Maksim.R@gitmeidlaw.com
*Attorneys for Plaintiff*