

MEMO ENDORSED

The Law Offices of
## ROBERT S. GITMEID & ASSOC., PLLC

April 26, 2022

**VIA ECF**:
Judge Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: Janie Miles v. Municipal Credit Union, et al.,
Docket No.: 7:22-cv-00220**

Dear Judge Karas,

I write on behalf of Plaintiff Janie Miles in the above-captioned matter to respectfully request an additional day to submit the new Affidavit of Service for Municipal Credit Union (Document #15).

I received confirmation today from our Process Server that the new Summons was served at Municipal Credit Union's Corporate Office, located at 22 Cortlandt Street, New York City, NY 10007. However, they needed one additional day to provide a signed and notarized copy of the Affidavit of Service, as the Process Server had additional Summonses to serve before end of business today.

Granted.

So Ordered.
4/27/22

Respectfully Submitted,

/s/ Maksim Reznik
Maksim Reznik, Esq.
Law Offices of Robert S. Gitmeid
& Assoc., PLLC
30 Wall Street, 8th Floor #741
New York, NY 10005
Tel: (866) 249-1137
Fax: (877) 366-4747
Maksim.R@gitmeidlaw.com
*Attorneys for Plaintiff*