## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Janie Miles,<br><br>Plaintiff,<br><br>– against–<br><br>Municipal Credit Union,<br><br>Defendant. | Case No. 7:22-cv-00220<br><br><br>**ORDER OF DISMISSAL<br>WITHOUT PREJUDICE** |

Plaintiff Janie Miles, by counsel, and Defendant Municipal Credit Union, by counsel, having filed their Stipulation Of Dismissal Without Prejudice Between Plaintiff And Defendant Municipal Credit Union, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Janie Miles against Defendant Municipal Credit Union are dismissed, without prejudice. Plaintiff Janie Miles and Municipal Credit Union shall each bear their own costs and attorneys' fees.

Date: _____6/13/22_____

_____
JUDGE, United States District Court,
Southern District of New York